HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY A. SCOTT, | ) Civil No. 05-02790 JCS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, December 21, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                          _____
                                          KEVIN V. RYAN
                                          United States Attorney



Dated: November 4, 2005                   /s/_____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney



Dated: November 1, 2005                   /s/_____
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          TEDDY A. SCOTT


IT IS SO ORDERED.

                                          _____
Dated: November 8, 2005
                                          HON. JOSEPH C. SPERO
                                          Magistrate District Judge
```

STIPULATION AND ORDER 2