HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY A. SCOTT, ) | Civil No. 05-02790 JCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, January 20, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: December 7, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: December 7, 2005             /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    TEDDY A. SCOTT


IT IS SO ORDERED.


Dated:  December 13, 2005           _____
                                    HON. JOSEPH C. SPERO
                                    Magistrate District Judge
```

STIPULATION AND ORDER

2