HARVEY P. SACKETT (72488)

**S A C K E T T**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY A. SCOTT,  ) | Civil No. 05-02790 JCS |
| )  | |
| Plaintiff,  ) | |
| )  | |
| v.  ) | STIPULATION AND ORDER |
| )  | |
| JO ANNE B. BARNHART,  ) | |
| Commissioner, Social Security  ) | |
| Administration,  ) | |
| )  | |
| Defendant.  ) | |
| )  | |
| )  | |
| _____) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, February 20, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

/s/ _____
KEVIN V. RYAN
United States Attorney

Dated: January 19, 2006

/s/ _____
SARA WINSLOW
Assistant U.S. Attorney

Dated: January 19, 2006

/s/ _____
HARVEY P. SACKETT
Attorney for Plaintiff
TEDDY A. SCOTT

IT IS SO ORDERED.

Dated:    January 20, 2006

_____
HON. JOSEPH C. SPERO
Magistrate District Judge

STIPULATION AND ORDER

2