1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /lc
8  Attorney for Plaintiff
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12
   TEDDY A. SCOTT,                ) Civil No. 05-02790 JCS
13                                )
             Plaintiff,            )
14                                )
15 v.                              ) STIPULATION AND ORDER
                                   )
16 JO ANNE B. BARNHART,            )
   Commissioner, Social Security   )
17 Administration,                 )
                                   )
18                                 )
             Defendant.            )
19                                 )
                                   )
20                                 )
   _____ )
21

22       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23 Plaintiff shall have a forth extension of time up through and including Wednesday,
24 March 22, 2006 in which to e-file his Motion for Summary Judgment. This extension is
25 necessitated by the number of other cases Plaintiff's counsel currently has before the
26 district court that also require briefing.
27
28

                                    1
STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: February 21, 2006  /s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: February 21, 2006  /s/
HARVEY P. SACKETT
Attorney for Plaintiff
TEDDY A. SCOTT

IT IS SO ORDERED.

Dated:   February 27, 2006

HON. JOSEPH C. SPERO
Magistrate District Judge

2

STIPULATION AND ORDER