1  HARVEY P. SACKETT (72488)
2  
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
6  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
7  
8  /lc
9  Attorney for Plaintiff
10 
11             UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13 
14 TEDDY A. SCOTT,              ) Civil No. 05-02790 JCS
                                )
15         Plaintiff,            )
                                )
16 v.                           ) STIPULATION AND ORDER
                                )
17 JO ANNE B. BARNHART,         )
   Commissioner,                )
18 Social Security Administration, )
                                )
19         Defendant.            )
                                )
20 _____)
21 
22     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23 Plaintiff shall have an extension of time up through and including Friday, June 15, 2006
24 in which to e-file his Reply to Defendant's Cross Motion for Summary Judgment. This
25 extension is necessitated by the number of other cases Plaintiff's counsel currently has
26 before the district court that also require briefing.
27 
28                                           _____

1
STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: June 1, 2006                /s/
                                         SARA WINSLOW
                                         Assistant U.S. Attorney

Dated: June 1, 2006                /s/
                                         HARVEY P. SACKETT
                                         Attorney for Plaintiff
                                         TEDDY A. SCOTT

IT IS SO ORDERED.

Dated:    June 6, 2006
                                         HON. Judge Joseph C. Spero
                                         United States Magistrate Judge

STIPULATION AND ORDER