HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEDDY A. SCOTT, ) | Civil No. 05-02790 JCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, July 17, 2006 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                  _____
                                  KEVIN V. RYAN
                                  United States Attorney
```

Dated: June 23, 2006              */s/*
                                  SARA WINSLOW
                                  Assistant U.S. Attorney

Dated: June 23, 2006              */s/*
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  TEDDY A. SCOTT

IT IS SO ORDERED.

Dated:   June 29, 2006            _____
                                  HON. Judge Joseph C. Spero
                                  United States Magistrate Judge

2

STIPULATION AND ORDER